# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMAD GHASSAN AL JOUDI | ) | JUDGE: CHRISTOPHER BOYKO |
| | ) | |
| Plaintiff, | ) | CASE NUMBER: 1:08 CV 2220 |
| | ) | |
| vs. | ) | MAG. JUDGE PERELMAN |
| | ) | |
| | ) | |
| USCIS, et al. | ) | <u>NOTICE OF DISMISSAL</u> |
| | ) | <u>OF COMPLAINT,</u> |
| Defendants. | ) | <u>WITHOUT PREJUDICE</u> |

Plaintiff Ghassan Al Joudi, formerly known as Mohamad Ghassan Al Joudi, by and through his attorney, Abraham Kay, pursuant to Civil Rule 41(a), hereby dismisses his Complaint, without prejudice.

This dismissal is for the reason that the relief prayed for in his Complaint, that Plaintiff be sworn in as a Citizen of the United States, has now been effected. Plaintiff Ghassan Al Joudi was sworn in as a Citizen of the United States, Certificate Number 29678912, and also had his name changed from Mohamad Ghassan Al

Joudi to Ghassan Al Joudi, on November 7, 2008.

Respectfully submitted,

s/Abraham Kay

_____

ABRAHAM KAY #0010686
Attorney for Plaintiff
55 Public Square
Suite 1200
Cleveland, Ohio  44113
(216)  579-6252
afk55ps@aol.com

## **CERTIFICATION**

I hereby certify that on November 7, 2008, a copy of the foregoing Dismissal Entry was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

s/Abraham Kay

_____

ABRAHAM KAY #0010686
Attorney for Plaintiff

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

NOVEMBER 7, 2008
```